IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHAD STEVENS,

                                       Case No. 6:15-cv-01898-JR

        Plaintiff,                               ORDER

      v.

GENESIS CREDIT MANAGEMENT,
LLC, a foreign limited liability company;
et al.,

        Defendants.

_____

MCSHANE, Judge:

      Magistrate Judge Jolie A. Russo has filed a Findings and Recommendation, ECF No. 51,

recommending defendant Equifax Information Services, LLC's motion for summary judgment

be granted in part. The matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P.

72(b). Defendant filed objections to the Findings and Recommendation. Accordingly, I have

reviewed this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v.

Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and adopt the

Findings and Recommendations.

1 –ORDER

Magistrate Judge Russo's Findings and Recommendation, ECF No. 51, is ADOPTED

Defendant's motion for summary judgment is GRANTED in part.

IT IS SO ORDERED.

DATED this 22nd day of June, 2017.


/s/ Michael McShane
Michael McShane
United States District Judge

2 –ORDER